UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81514-CIV-CANNON

**JANE ARCHER**,

    Plaintiff,

v.

**PETCO ANIMAL SUPPLIES STORES INC.,
EDENS OF SOUTH CAROLINA LIMITED
PARTNERSHIP, INC.** and **JANE DOE**,

    Defendants.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 17], filed on November 14, 2022. On January 23, 2023, following referral [ECF No. 18], Magistrate Judge Reinhart issued a Report recommending that the Motion be denied [ECF No. 22]. Plaintiff timely filed an objection to the Report [ECF No. 23]. The Court has reviewed the Motion [ECF No. 17], the Report [ECF No. 22], Plaintiff's Objection [ECF No. 23], and is otherwise advised in the premises.

Upon *de novo* review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 22] is **ACCEPTED**.

2. Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 17] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of March 2023.

                                              **AILEEN M. CANNON**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record